◼ SANDRA SLACER, Appellant, v LUCINDA TYO et al., Respondents. [737 NYS2d 325] —Appeal from an order of Supreme Court, Monroe County (Frazee, J.), entered September 12, 2000, which granted defendants' motions for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Frazee, J. Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.